IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

REX A. DEITZ,

                              Case No. 3:03 CV 7573

        Plaintiff,

-vs-                             MEMORANDUM OPINION
                                AND ORDER
JAMES TELB, et al.,

        Defendant.

KATZ, J.

      Before the Court is the Report and Recommendation of the Magistrate Judge filed February 1, 2006 in the above-entitled action. Under the relevant statute:

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1982). In this case, the ten-day period has elapsed and no objections have been filed. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a <u>de novo</u> determination by the district court of an issue covered in the report. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984) <u>affirmed</u>, 474 U.S. 140 (1985); <u>see</u> <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

      The Court has reviewed the Magistrate Judge's Report and Recommendation, and adopts that Report and Recommendation in its entirety. Defendants' motion for summary judgment is granted (Doc. No. 46), Plaintiff's motions to stay summary judgment and to communicate with other prisoners is denied (Doc. Nos. 47 and 49).

          IT IS SO ORDERED.

                                                   S/ *David A. Katz*
                                                   DAVID A. KATZ
                                                   SENIOR U. S. DISTRICT JUDGE